UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL GLASGO, individually, and on behalf of others similarly situated,    ) ) ) | **CLASS ACTION** |
| *Plaintiff*,                                                ) ) | **JURY TRIAL DEMANDED** |
| v.                                                          ) ) | **Case No: 8:19-cv-97-T-33AAS** |
| UBER TECHNOLOGIES, INC., a Delaware corporation,            ) ) ) ) | |
| *Defendant*.                                                ) | |

## CASE MANAGEMENT REPORT

The Parties have agreed on following dates and discovery plan pursuant to Fed. R. Civ. P. 26(f) and Local Rule 3.05(c), provided, however, that in light of Defendant Uber Technologies, Inc.'s ("Uber") motion to dismiss, transfer or stay the case under the first-to-file rule or pursuant to 28 U.S.C. § 1404(a), [*see* ECF No. 16], Uber agrees to these dates and discovery plan in the event that its pending motion is not granted, and reserves its rights to file additional initial motions:

| **DEADLINE OR EVENT** | **AGREED DATE** |
|---|---|
| **Certificate of Interest Parties and Corporate Disclosure Statement** | May 10, 2019 |
| **Mandatory Initial Disclosures** | May 17, 2019 |
| **Discovery Deadline** | December 17, 2019 |
| **Dispositive Motions** | January 31, 2020 |
| **Meeting In Person To Prepare Joint Final Pretrial Statement** | March 16, 2020 |
| **Joint Final Pretrial Statement** | March 23, 2020 |
| **Final Pretrial Conference** | March 30, 2020 |
| **Trial Term Begins** | April 20, 2020 |
| **Estimated Length of Trial** | 3-5 Days |
| **Jury/Non-Jury** | Jury |

Dated: April 26, 2019

Respectfully submitted,

1

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

*/s/ Leo W. Desmond*
Leo W. Desmond, Esq.
DESMOND LAW FIRM, P.C.
Florida Bar No. 0041920
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: 772.231.9600
Facsimile: 772.231.0300
lwd@verobeachlegal.com


*Counsel for Plaintiff and the Putative Class*

/s/ Adam J. Hunt
Adam J. Hunt, Esq. *
Adam.Hunt@mofo.com
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019-9601
Telephone: (212) 336-4341
*Admitted Pro Hac Vice*

*Attorney for Defendant*
*UBER TECHNOLOGIES, INC.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                         By: *s/ Scott D. Owens*
                                              Scott D. Owens, Esq.