UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GLASGO,<br>　　　　Plaintiff,<br>　　v.<br>UBER TECHNOLOGIES INC.,<br>　　　　Defendant. | Case No. 19-cv-02486-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Gilliam for consideration of whether the case is related to *In re Uber Text Messaging*, Case No. 18-cv-2931-HSG.

**IT IS SO ORDERED.**

Dated: May 14, 2019

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　United States Magistrate Judge