TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM J. HUNT, *pro hac vice*
AdamHunt@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
(212) 336-4341
(212) 468-7900 (fax)

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GLASGO,<br><br>        Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 4:19-cv-02486-HSG<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Case Transferred from the Middle District of Florida, Case No. 8:19-cv-00097 |

1 | WHEREAS, Plaintiff Michael Glasgo ("Plaintiff") has agreed to dismiss the complaint in this action, without prejudice, against Defendant Uber Technologies, Inc. ("Uber");

WHEREAS, Defendant does not oppose Plaintiff's voluntary dismissal of the complaint; NOW, THEREFORE, the Parties hereby stipulate as follows:

1. The above captioned action is dismissed without prejudice in its entirety;
2. Each party shall bear its own costs and attorneys' fees.

Dated: July 24, 2019

TIFFANY CHEUNG
ADAM J. HUNT, *pro hac vice*
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
TIFFANY CHEUNG

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: July 24, 2019

SCOTT D. OWENS
SEAN M. HOLAS
SCOTT D. OWENS, P.A.

By: */s/ Sean M. Holas*
SEAN M. HOLAS

Dated: July 24, 2019

LEO W. DESMOND

By: */s/ Leo W. Desmond*
LEO W. DESMOND

Attorneys for Plaintiff
MICHAEL GLASGO

**IT IS SO ORDERED.**

Dated: 7/25/2019

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE